UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

KEISHONE JOHNSON,

Plaintiff,

-against-

BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, SANFORD RICH, DANIEL MILLER, and RAYMOND ORLANDO,

Defendants.

--------------------------------------------------------------------x

**NOTICE OF REMOVAL**

Case No. 18 Civ. ____

**TO: THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

Defendants the Board of Education Retirement System of the City of New York ("BERS"), Sanford Rich, and Daniel Miller, by and through their attorney, Zachary W. Carter, Corporation Counsel of the City of New York, remove to this Court the State court action described below:

1. Plaintiff commenced this civil action *pro se* against defendant BERS in the Supreme Court of the State of New York, County of Kings, Index No. 000815/2017, setting forth claims for relief based in the New York Civil Service Law section 75-b, New York State Human Rights Law, and the New York City Human Rights Law.

2. Subsequently, Plaintiff obtained counsel. With the consent of defendant BERS, Plaintiff filed a stipulation to amend the complaint and caption to add individually-named defendants Sanford Rich, Daniel Miller, and Raymond Orlando. The stipulation to amend the complaint and caption was so ordered by Justice Levine and entered with the Kings County Clerk on June 18, 2018.

3. Plaintiff filed the Amended Complaint with the Kings County Clerk on June 18, 2018.

4. On August 7, 2018, Plaintiff served defendants BERS, Rich, and Miller with a Summons with Notice and Amended Complaint. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons with Notice and Amended Complaint is annexed hereto as Exhibit "A."

5. Under 28 U.S.C. §§ 1441(b), and 1446(b) this removal is timely, as this Notice of Removal is being filed within thirty (30) days of the service of the amended pleading setting forth plaintiff's claims on defendants BERS, Rich, and Miller.

6. This is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court, pursuant to 28 U.S.C. § 1441(a). Plaintiff brings this action pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1981, 42 U.S.C. § 1983, the New York State Human Rights Law, N.Y. Exec. L. §§ 290, *et seq.*, New York Civil Service Law § 75-b, and the New York City Human Rights Law, N.Y.C. Admin. Code §8-101 *et seq*. *See* Amended Complaint, Ex. "A."

7. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. § 1441(b).

8. Following consultation, the defendants served in this action, BERS, Sanford Rich, and Daniel Miller (collectively "Served Defendants"), have consented to the removal of this action from State to Federal Court.[1] Accordingly, Served Defendants' removal of this action to Federal Court is permissible under 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C. § 1446(d), counsel for Served Defendants shall promptly provide plaintiff with written notice of the filing of this Notice of Removal, and shall

[1] The remaining individually named defendant, Raymond Orlando, has yet to be served with the Summons with Notice, or Amended Complaint and is therefore not a defendant in this action.

file a copy of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Kings.

**WHEREFORE**, defendants BERS, Sanford Rich, and Daniel Miller respectfully request that the above-captioned action be removed from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

Dated: New York, New York
August 15, 2018

**ZACHARY W. CARTER**
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 2-109E
New York, New York 10007-2601
(212) 356-3574
ksouliop@law.nyc.gov

By: /s/
Katerina Souliopoulos
Assistant Corporation Counsel

**TO:** Kousoulas & Associates P.C.
Antonia Kousoulas, Esq.
Attorneys for Plaintiff
110 East 59th Street, Suite 3200, 32nd Floor
New York, New York 10022
(Via Mail)

Board of Education Retirement System of the City of New York
Alexander Kazazis
Acting General Counsel
65 Court Street, 16th Floor
Brooklyn, NY 11201
(Via Mail)

Board of Education Retirement System of the City of New York
Sanford Rich, Defendant
65 Court Street, 16th Floor
Brooklyn, NY 11201
(Via Mail)

Board of Education Retirement System of the City of New York
Daniel Miller, Defendant
65 Court Street, 16th Floor
Brooklyn, NY 11201
(Via Mail)

18 CV _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KEISHONE JOHNSON,

Plaintiff,

-against-

BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, SANFORD RICH, DANIEL MILLER, and RAYMOND ORLANDO,

Defendants.

**NOTICE OF REMOVAL**

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-109E
New York, New York 10007-2601

*Of Counsel*: Katerina Souliopoulos
Tel: (212) 356-3574
ksouliop@law.nyc.gov

Our No. 2017-013810

*Due and timely service is hereby admitted.*

*New York, N.Y.* ..................................................., 2018.

*Signed:* ....................................................................*Esq.*

*Attorney for* ...................................................................