UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
KEISHONE JOHNSON,

Plaintiff,

v.

BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, SANFORD RICH, DANIEL MILLER, and RAYMOND ORLANDO,

Defendants.
---------------------------------------------------------- X

JUDGMENT
18-CV-4605 (NGG) (PK)

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 12, 2021, granting Defendants' Motion for Summary Judgment with prejudice; it is

ORDERED and ADJUDGED that Defendants' Motion for Summary Judgment is granted with prejudice.

Dated: Brooklyn, NY
May 13, 2021

Douglas C. Palmer
Clerk of Court

By: /s/*Jalitza Poveda*
Deputy Clerk